**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.:

ANTHONY HACKETT,

    Plaintiff,

vs.

SCP DISTRIBUTORS, LLC d/b/a POOL CORP.,
and BRENNTAG MID-SOUTH, INC.,

    Defendants.
_____/

**DEFENDANT BRENNTAG MID-SOUTH, INC.'S PETITION FOR REMOVAL**

The Defendant, BRENNTAG MID-SOUTH, INC., pursuant to Title 28 U.S.C. §1441, hereby petitions for Removal of the above-styled action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, where the same is now pending as Case No. 2020-025507-CA-01 Div, to this Court. Removal is proper on the following grounds:

1. Plaintiff commenced a civil action in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, styled *Anthony Hackett v. SCP Distributors, LLC d/b/a Pool Corp., and Brenntag Mid-South, Inc.*, Case No. 2020-025507-CA-01. *See* Plaintiff's Complaint attached as Exhibit "A".

2. The Complaint in this case was served on Defendant via process server to its registered agent on December 8, 2020. *See* Summons with proof of service attached as Exhibit "B".

3. The Plaintiff's Complaint contains claims in which there exists diversity of citizenship between Plaintiff and the Defendants.

4. The Plaintiff asserts in his complaint that he was domiciled in the State of Florida at the time this action was filed and commenced in State Court. Moreover, Plaintiff asserts in his Complaint that the accident that is the subject of the Complaint occurred in Florida approximately three months before the Complaint was filed and thus that he was domiciled in Florida at that time. Thus Plaintiff is and was a citizen of the State of Florida at the time this action was filed and commenced in State Court. Furthermore, at the time of this accident and at the time this action was filed and commenced in State Court as well as at present, Defendant BRENNTAG MID-SOUTH, INC. is a foreign corporation organized under and having a principal place of business in the Commonwealth of Kentucky, and Codefendant SCP DISTRIBUTORS, LLC is a limited liability company under the laws of the State of Delaware with a principal place of business in Delaware and is wholly-owned by its sole member, POOL CORP., INC., which is a foreign corporation organized under and having a principal place of business in the State of Delaware.

5. The Plaintiff's Complaint contains claims in which the legal matter exceeds the sum or value of $75,000.00, exclusive of interests and costs. More specifically, counsel for Plaintiff has asserted that Plaintiff has sustained serious and permanent injuries to his eye and his vision as a result of chemical exposure. Counsel for Plaintiff has also asserted that these alleged injuries have led to loss of Plaintiff's earning and earning capacity.

6. The Parties are diverse pursuant to 28 U.S.C. §1441(a)(1).

7. This Court has original jurisdiction of this civil action under Title 28, U.S.C. §1332, and this cause is therefore properly removed pursuant to Title 28, U.S.C. §1441 and §1446.

8. Following the filing of this Petition with this Court, written notice of the filing of the same will be provided to the attorney for Plaintiff and the Codefendant, as required by law.

9. Moreover, Codefendant, SCP DISRTRIBUTORS, LLC has no objection to the subject removal to this Court.

10. Following the filing of this Petition with this Court, a true and accurate copy of the same will be filed with the Clerk of Court of the Eleventh Judicial Circuit of Miami-Dade County, Florida, as required by law.

10. Pursuant to 28 U.S.C. § 1446(a), Defendant simultaneously files a true and legible copy of important process, pleadings, and orders on file in the state court with this Petition for Removal.

**WHEREFORE**, Defendant, BRENNTAG MID-SOUTH, INC., through its undersigned attorneys, respectfully requests that this matter be removed and that this Honorable Court grant such other and additional relief as is otherwise proper.

Respectfully submitted this January 6, 2021.

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

By: /s/ Ryan D. Burns
Ryan D. Burns
Florida Bar No. 25776
rdburns@mdwcg.com
2400 East Commercial Blvd., Suite 1100
Fort Lauderdale, Florida 33308
Phone: (954) 847-4920
Fax: (954) 627-6640
Counsel for Defendant

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by EPortal/Email on January 6, 2021 to: Jerome A. Pivnik, Esq., The Pivnik Law Firm, 7700 N. Kendall Drive, Suite 703, Miami, FL 33156; JPivnik@pivniklaw.com; Pivniklaw@aol.com

By: /s/ Ryan D. Burns
Ryan D. Burns
Florida Bar No. 25776